IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EMERSON ELECTRIC CO., *et al.*,  :
:
:
    Plaintiffs,  :
:
v.  :
:
SIPCO LLC, *et al.*,  :  CIVIL ACTION NO.
:  1:15-CV-0319-AT
:
    Defendants.  :

## ORDER

This matter is before the Court on Plaintiffs' Motion to De-designate Defendants' Infringement Contentions [Doc. 50], filed in February. Much has happened since then, including the transfer and consolidation of Defendants' infringement action filed in Texas, litigation of a case in California involving some of the same parties, and a new proposed scheduling order just filed by the parties in this case in which the patent claims asserted will be narrowed.

Particularly with regard to Plaintiffs' desire to have Linear Technologies engineers view Defendants' infringement contentions – the relief sought in the Motion – the Court was notified of the following on September 2, 2016:

1. The relevant parties (SIPCO, Inc. and Linear) are attempting to reach an agreement on the issue; and

2. Plaintiffs are amenable to whatever agreement SIPCO and Linear reach so long as it provides that Linear's counsel may share Defendants' infringement contentions with Linear's engineers.

Given that the posture of this case has changed so dramatically, the parties are attempting to reach an agreement, and it is unclear how the infringement contentions will be affected by a ruling on the parties' recently submitted proposed amended scheduling order, the Motion [Doc. 50] is **DENIED WITHOUT PREJUDICE** at this time. Defendants' Motion to File a Sur-Reply [Doc. 76] thereto is therefore **DENIED as MOOT**. Should the parties once again find themselves at an impasse, either party may move for appropriate relief regarding the infringement contentions at that time.

**IT IS SO ORDERED** this 2nd day of September, 2016.

_____
**Amy Totenberg
United States District Judge**