# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action |
| ) | File No. 1:15-cv-00319-AT |
| v. ) | |
| ) | |
| SIPCO, LLC, and ) | |
| IP CO, LLC (d/b/a INTUS IQ), ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## EMERSON'S NOTICE OF FEDERAL CIRCUIT APPEALS OF PATENT OFFICE PROCEEDINGS

On March 6, 2017, the Court instructed Emerson to notify the Court of decisions rendered by the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office. (Dkt. 218 at 3). Emerson submits this Notice of Decisions in the Federal Circuit appeals of Patent Office Proceedings in accordance with the Court's instruction. Copies of the Federal Circuit decisions subject to this Notice are attached as Exhibits 1-2. __ F.3d __, No. 2017-1866 (Fed. Cir. August 29, 2018); __ F.3d __, No. 2017-1896 (Fed. Cir. August 29, 2018). These Federal Circuit decisions address the appeals of two PTAB decisions

in IPR proceedings challenging the validity of SIPCO, LLC and IP CO, LLC patents of which the Court was previously notified.

Emerson challenged claims 13, 14, 16–21, and 23–35 of SIPCO, LLC's U.S. Patent No. 8,013,732 in IPR2015-01973.  The PTAB determined that Emerson failed to show that these claims would have been unpatentable as obvious.  Dkt. No. 229.  However, on August 29, 2018, the Federal Circuit found that (1) the PTAB did not adequately explain its reasoning on a point that was central to its analysis and (2) the PTAB's conclusion on that point was contrary to another PTAB opinion—concerning related U.S. Patent No. 8,754,780—on nearly identical facts. Ex. 1 at 2.  Accordingly, the Federal Circuit vacated the PTAB's determination as to the appealed claims and remanded for further proceedings consistent with its opinion.  *Id.*

Emerson challenged claims 10 and 12–19 of IP CO, LLC's U.S. Patent No. 8,000,314 in IPR2015-01901.  On March 8, 2017, the PTAB issued a Final Written Decision, finding that Emerson had demonstrated by a preponderance of the evidence that claims 10 and 12–19 of the '314 patent were unpatentable.  Dkt. No. 220.  IP CO appealed this Final Written Decision to the Federal Circuit, which affirmed the PTAB's decision on August 29, 2018.  Ex. 2 at 2.

Date: September 4, 2018

Respectfully submitted,

*/s/ Damon J. Whitaker*
James R. Batchelder (*pro hac vice*)
ROPES & GRAY LLP
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com

William V. Custer (Georgia Bar No. 202910)
Damon J. Whitaker (Georgia Bar No. 752722)
BRYAN CAVE LEIGHTON PAISNER, LLP
1201 W. Peachtree St. N.W., 14th Floor
Atlanta, Georgia 30309
Tel: (404) 572-6828
Fax: (404) 420-0828
bill.custer@bclplaw.com
damon.whitaker@bclplaw.com

*Attorneys for Plaintiffs Emerson Electric Co., Emerson Process Management LLLP, Fisher-Rosemount Systems. Inc. and Rosemount Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that this filing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1C. Specifically, Times New Roman font was used in 14 point.

>                             */s/ Damon J. Whitaker*
>                             Georgia Bar No. 752722

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed a copy of the foregoing **Notice of Decisions in Federal Circuit Appeals of Patent Office Proceedings** with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

Dated:  September 4, 2018        */s/ Damon J. Whitaker*
                                 Georgia Bar No. 752722