IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIPCO, LLC, and<br>IP CO, LLC (d/b/a INTUS IQ),<br><br>Defendants. | Civil Action<br>File No. 1:15-cv-00319-AT<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO LIFT THE STAY AND RE-OPEN THE CASE

Pursuant to ¶ 3 of the Court's Order Extending the Stay, (Dkt. No. 275), hereinafter the "Order"), Plaintiffs Emerson Electric CO., et al, together with Defendants SIPCO, LLC, and IP CO, LLC (d/b/a INTUS IQ), (collectively, the "Parties") respectfully jointly move the Court to lift the stay of this action.

This matter has been stayed and has been administratively closed since the Court entered its Order on October 5, 2018. In that Order, the Court extended its stay (Dkt. Nos. 218, 258) as to U.S. Patent Nos. 6,914,893 and 7,103,511 pursuant to 28 U.S.C. § 1659 until the determination of the U.S. International Trade Commission (ITC) becomes final in In the Matter of Certain Wireless Mesh Networking Products and Related Components Thereof, Investigation No. 337- TA-1131, and until the last of the final written decisions issues from the Patent Trial and Appeal Board (PTAB)

on all other patents. (Dkt. No. 275, hereinafter the "Order".) The Court further ordered the Parties to notify the Court and the Special Master regarding the status of the proceedings when the last of the final written decisions issues from the PTAB on all other patents. (*Id.* at ¶ 2.)

Pursuant to ¶ 2 of the Order, the Parties are submitting concurrently herewith a Joint Notice Regarding the Completion of Patent Trial and Appeal Board and International Trade Commission Proceedings (the "Notice"). As stated in the Joint Notice, there are asserted claims in Defendants' asserted patents that were not found to be unpatentable. Thus, the Parties are in agreement that continued litigation is necessary to resolve the Parties disputes, and that the stay should therefore be lifted in order to continue the litigation.

The Parties jointly request a case management conference to set a proposed schedule in the case moving forward, and to raise any pending disputes between the Parties. The Parties also propose that at least seven (7) days before the case management conference, they should submit a joint statement outlining their agreements and disputes regarding the case schedule and any other pertinent issues. In this regard, a proposed order is being submitted herewith for the Court's consideration.

Respectfully submitted, April 10, 2023

/s/ *James Batchelder (w/permission)*
James R. Batchelder (*pro hac vice*)
ROPES & GRAY LLP
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com

William V. Custer
(Georgia Bar No. 202910)
Damon J. Whitaker
(Georgia Bar No. 752722)
BRYAN CAVE LEIGHTON PAISNER, LLP
1201 W. Peachtree St. N.W., 14th Floor
Atlanta, Georgia 30309
Tel: (404) 572-6828
Fax: (404) 420-0828
bill.custer@bclplaw.com
damon.whitaker@bclplaw.com

*Counsel for Emerson Electric Co., Emerson Process Management LLLP, Fisher-Rosemount Systems, Inc., and Rosemount Inc.*

/s/ *Daniel A. Kent*
Daniel A. Kent (Ga. Bar. No. 415110)
Kent & Risley LLC
5755 N Point Pkwy Suite 57
Alpharetta, GA 30022
Telephone: 404-585-4214
Facsimile: 404-829-2412
dankent@kentrisley.com

James A. (Tripp) Fussell (*pro hac vice*)
Jamie B. Beaber (*pro hac vice*)
Alison T. Gelsleichter (*pro hac vice*)
Tariq Javed (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jfussell@mayerbrown.com
jbeaber@mayerbrown.com
agelsleichter@mayerbrown.com
tjaved@mayerbrown.com

Michael J. Word (*pro hac vice*)
Luiz Miranda (*pro hac vice*)
Nicholas Ciulla (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
mword@mayerbrown.com
lmiranda@mayerbrown.com
nciulla@mayerbrown.com

*Counsel for Defendants SIPCO, LLC and IP CO, LLC (d/b/a INTUS IQ)*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that this filing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1C. Specifically, Times New Roman font was used in 14 point.

/s/ *Daniel A. Kent*
Georgia Bar No. 415110

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed a copy of the foregoing Joint Stipulation and Motion to Continue Stay with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

Dated: April 10, 2023

/s/ *Daniel A. Kent*
Georgia Bar No. 415110