IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIPCO, LLC, and IP CO, LLC (d/b/a INTUS IQ), <br><br> Defendants. | Case No. 1:15-cv-00319-AT <br><br> Special Master Peterson <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO REQUEST INTERNATIONAL TRADE
COMMISSION RECORD PURSUANT TO 28 U.S.C. 1659(b)
AND TO AMEND THE PROTECTIVE ORDER**

Plaintiffs Emerson Electric Co., Fisher-Rosemount Systems, Inc., Rosemount Inc., and Emerson Process Management LLLP[1] ("Emerson"), together with Defendants SIPCO, LLC, and IP CO, LLC ("SIPCO," collectively, the "Parties") respectfully jointly move this Court to enter an Order directing that the U.S. International Trade Commission ("ITC") transmit the ITC Investigation

---

[1] Emerson Process Management LLLP is named as a party in only *SIPCO, LLC v. Emerson Electric Co.*, No. 1-16-cv-02690 (N.D. Ga.), which was consolidated with this action. Dkt. No. 121.

Record in ITC Investigation No. 337-TA-1131 ("1131 Investigation") to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1659(b). A proposed order instructing the ITC to transmit the 1131 Investigation is attached to this Motion as Exhibit A.

On October 5, 2018, the Court stayed this action pursuant to 28 U.S.C. § 1659(a) (Dkt. No. 275), and on April 18, 2023, the Court lifted the § 1659(a) stay. Section 1659(b) provides that:

> [A]fter dissolution of a stay under subsection (a), the record of the proceeding before the United States International Trade Commission shall be transmitted to the district court and shall be admissible in the civil action, subject to such protective order as the district court determines necessary, to the extent permitted under the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

28 U.S.C. § 1659(b).

Consistent with the requirements of Section 1659(b), the Parties respectfully request that the Court enter the proposed Protective Order Addendum attached to this Motion as Exhibit B as the Third Stipulated Addendum to the Protective Order entered by the Court on September 10, 2015 (Dkt. No. 27), as amended on August 11, 2016 (Dkt. No. 116) and September 22, 2016 (Dkt. No. 154) (the "Georgia Protective Order"). The Third Stipulated Protective Order Addendum affords similar protections as the Protective Order entered in the 1131 Investigation for information designated CONFIDENTIAL BUSINESS INFORMATION or

-3-

CONFIDENTIAL SOURCE CODE—ATTORNEY'S EYES ONLY INFORMATION in the 1131 Investigation. The Protective Order entered in the 1131 Investigation (Order No. 1) is attached as Exhibit C, and the Order Granting Joint Motion to Amend the Protective Order in the 1131 Investigation (Order No. 4) is attached as Exhibit D. A redline comparing the proposed Third Stipulated Addendum to the substantive portions of the Protective Orders entered in the 1131 Investigation is attached to this Motion as Exhibit E.

    Accordingly, the Parties respectfully request that the Court enter the orders reflected in Exhibits A and B to this Motion.

Dated:  May 17, 2023

Respectfully Submitted:

| | |
|---|---|
| /s/ *Damon J. Whitaker* | /s/ *Daniel A. Kent* |
| William V. Custer | Daniel A. Kent |
| (Georgia Bar No. 202910) | (Georgia Bar No. 415110) |
| Damon J. Whitaker | Kent & Risley LLC |
| (Georgia Bar No. 752722) | 5755 N Point Pkwy Suite 57 |
| **BRYAN CAVE LEIGHTON PAISNER, LLP** | Alpharetta, GA 30022 |
| 1201 W. Peachtree St. N.W., 14th Floor | Telephone: 404-585-4214 |
| Atlanta, Georgia 30309 | Facsimile: 404-829-2412 |
| Tel: (404) 572-6828 | dankent@kentrisley.com |
| Fax: (404) 420-0828 | James A. (Tripp) Fussell (*pro hac vice*) |
| bill.custer@bclplaw.com | Jamie B. Beaber (*pro hac vice*) |
| damon.whitaker@bclplaw.com | Alison T. Gelsleichter (*pro hac vice*) |
| | Tariq Javed (*pro hac vice*) |
| James R. Batchelder (*pro hac vice*) | MAYER BROWN LLP |
| James L. Davis, Jr. (*pro hac vice*) | 1999 K Street, N.W. |
| Daniel Richards (*pro hac vice*) | Washington, D.C. 20006 |
| **ROPES & GRAY LLP** | Telephone: (202) 263-3000 |
| 1900 University Ave. Sixth Floor | Facsimile: (202) 263-3300 |
| East Palo Alto, CA 94303-2284 | jfussell@mayerbrown.com |
| Tel: (650) 617-4000 | jbeaber@mayerbrown.com |
| Fax: (650) 617-4090 | agelsleichter@mayerbrown.com |
| James.Batchelder@ropesgray.com | tjaved@mayerbrown.com |
| James.L.Davis@ropesgray.com | |
| Daniel.Richards@ropesgray.com | Michael J. Word (*pro hac vice*) |
| | Luiz Miranda (*pro hac vice*) |
| Jesse J. Jenner (*pro hac vice*) | Nicholas Ciulla (*pro hac vice*) |
| Steven Pepe (*pro hac vice*) | MAYER BROWN LLP |
| Matthew R. Shapiro (*pro hac vice*) | 71 S. Wacker Drive |
| **ROPES & GRAY LLP** | Chicago, Illinois 60606 |
| 1211 Avenue of the Americas | Telephone: (312) 782-0600 |
| New York, New York 10036 | Facsimile: (312) 701-7711 |
| Tel:  (212) 596-9000 | mword@mayerbrown.com |
| Fax:  (212) 596-9090 | lmiranda@mayerbrown.com |
| | nciulla@mayerbrown.com |

Jesse.Jenner@ropesgray.com
Steven.Pepe@ropesgray.com
Matthew.Shapiro@ropesgray.com

*Attorneys for Plaintiffs and Counter-Defendants Emerson Electric Co., Emerson Process Management LLLP, Fisher-Rosemount Systems, Inc. and Rosemount Inc.*

*Counsel for Defendants and Counter-Plaintiffs SIPCO, LLC and IP CO, LLC (d/b/a INTUS IQ)*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that this filing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1C. Specifically, Times New Roman font was used in 14 point.

                                                */s/ Damon J. Whitaker*
                                                Georgia Bar No. 752722

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

Dated:  May 17, 2023                  */s/ Damon J. Whitaker*
                                                Georgia Bar No. 752722