# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIPCO, LLC, and IP CO, LLC (d/b/a INTUS IQ),<br><br>Defendants. | Case No. 1:15-cv-00319-AT<br><br>Special Master Peterson<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO REQUEST INTERNATIONAL TRADE COMMISSION RECORD PURSUANT TO 28 U.S.C. 1659(b) AND TO AMEND THE PROTECTIVE ORDER

This matter came before the undersigned upon the parties' joint request that the Court request that the International Trade Commission transmit the record of related International Trade Commission Investigation No. 337-TA-1131 to this Court. Pursuant to 28 U.S.C. § 1659(b), "after dissolution of a stay under subsection (a), the record of the proceeding before the United States International Trade Commission shall be transmitted to the district court and shall be admissible in the civil action, subject to such protective order as the district court determines

necessary, to the extent permitted under the Federal Rules of Evidence and the Federal Rules of Civil Procedure." The stay in this case under § 1659(a) has been lifted. Dkt. No. 301.

Therefore, **IT IS HEREBY ORDERED THAT**:

1. The United States International Trade Commission shall transfer the entire record of its Investigation Number 337-TA-1131, to the Northern District of Georgia, Atlanta Division.

2. Counsel for Plaintiffs shall ensure that the United States International Trade Commission receives notice of this Order.

3. Upon receipt, the record shall be subject to the Protective Order in the present case. In particular, materials previously designed as "Confidential Business Information" in Investigation No. 337-TA-1131 shall automatically be treated as "Confidential Business Information" under the Protective Order in the present case as amended by the Third Stipulated Addendum to the Protective Order.

**SO ORDERED** this ___ day of _____, 2023.

_____
Honorable Amy Totenberg
United States District Judge