IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al., § § § Plaintiffs, § § v. § § SIPCO, LLC, and IP CO, LLC § (d/b/a INTUS IQ), § § Defendants. § § § | Case No. 1:15-cv-00319-AT<br><br>Special Master Peterson<br><br>JURY TRIAL DEMANDED |

## ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ORDER ON BRIEFING

WHEREAS, as reflected in the Parties' Joint Statement on Case Status filed May 15, 2023 (Dkt. No. 303), Plaintiffs Emerson Electric Co., Fisher-Rosemount Systems, Inc., Rosemount Inc., and Emerson Process Management LLLP (collectively, "Emerson"), and Defendants SIPCO, LLC and IP CO, LLC (collectively, "SIPCO") currently are in disagreement regarding at least the following issues:

(1) Whether SIPCO may amend its preliminary election of claims; and

(2) Whether SIPCO may amend its pleadings to assert U.S. Patent No. 9,439,126 ("the '126 patent").

-1-

WHEREAS, the Parties, in consultation with the Special Master and based on his guidance, have agreed that briefing of these two issues is appropriate and have agreed on a proposed briefing schedule for these two issues; and

WHEREAS, the Court has conferred with the Special Master regarding the Parties' proposed briefing schedule for these two issues and has approved that briefing schedule.

It is hereby **ORDERED**:

1. The Parties shall brief for the Court the issues of (1) whether SIPCO may amend its preliminary election of claims; and (2) whether SIPCO may amend its pleadings to assert the '126 patent.

2. The briefing schedule for these issues shall be as follows:

    a. SIPCO shall file an Opening Brief, limited to 20 pages, within fifteen (15) days of this Order;

    b. Emerson shall file a Response Brief, limited to 20 pages, within ten (10) days of SIPCO's Opening Brief;

    c. SIPCO shall file any Reply Brief, limited to 10 pages, within five (5) business days of Emerson's Response Brief.

    d. Emerson shall file any Sur-Reply Brief, limited to 5 pages, within three (3) business days of SIPCO's Reply Brief.

**IT IS SO ORDERED** this  30th day of May, 2023.

*[signature]*

**Honorable Amy Totenberg**
**United States District Judge**