# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al., § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 1:15-cv-00319-AT |
| SIPCO, LLC, and IP CO, LLC (d/b/a INTUS IQ), § § § | |
| Defendants. § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Emerson Electric Co., Fisher-Rosemount Systems, Inc., Rosemount Inc., and Emerson Process Management LLLP ("Emerson"), together with Defendants SIPCO, LLC and IP CO, LLC ("SIPCO"), respectfully submit this Joint Notice of Settlement to the Court that the parties have reached a tentative settlement of this matter on June 14, 2024. The parties respectfully request that the Court enter an order staying all deadlines for 30 days until the parties can finalize the settlement papers and for such further relief as the Court deems proper.

Dated: June 17, 2024

Respectfully Submitted:

/s/ *Daniel A. Kent*
Daniel A. Kent
(Georgia Bar No. 415110)
Kent & Risley LLC
5755 N Point Pkwy Suite 57
Alpharetta, GA 30022
Telephone: 404-585-4214
Facsimile: 404-829-2412
dankent@kentrisley.com

James A. (Tripp) Fussell (*pro hac vice*)
Jamie B. Beaber (*pro hac vice*)
Michael L. Lindinger (*pro hac vice*)
Alison T. Gelsleichter (*pro hac vice*)
Tariq Javed (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jfussell@mayerbrown.com
jbeaber@mayerbrown.com
mlindinger@mayerbrown.com
agelsleichter@mayerbrown.com
tjaved@mayerbrown.com

Luiz Miranda (*pro hac vice*)
Nicholas Ciulla (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lmiranda@mayerbrown.com
nciulla@mayerbrown.com

*Counsel for Defendants and Counter-Plaintiffs SIPCO, LLC and IP CO, LLC (d/b/a INTUS IQ)*

/s/ *Damon J. Whitaker (w/permission)*
William V. Custer
(Georgia Bar No. 202910)
Damon J. Whitaker
(Georgia Bar No. 752722)
**BRYAN CAVE LEIGHTON PAISNER, LLP**
1201 W. Peachtree St. N.W., 14th Floor
Atlanta, Georgia 30309
Tel: (404) 572-6828
Fax: (404) 420-0828
bill.custer@bclplaw.com
damon.whitaker@bclplaw.com

James R. Batchelder (*pro hac vice*)
James L. Davis, Jr. (*pro hac vice*)
Daniel Richards (*pro hac vice*)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
James.Batchelder@ropesgray.com
James.L.Davis@ropesgray.com
Daniel.Richards@ropesgray.com

Jesse J. Jenner (*pro hac vice*)
Steven Pepe (*pro hac vice*)
Matthew R. Shapiro (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090
Jesse.Jenner@ropesgray.com
Steven.Pepe@ropesgray.com
Matthew.Shapiro@ropesgray.com

*Attorneys for Plaintiffs and Counter-Defendants Emerson Electric Co.,*

*Emerson Process Management LLLP, Fisher-Rosemount Systems, Inc. and Rosemount Inc.*