# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., et al., §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>SIPCO, LLC, and IP CO, LLC §<br>(d/b/a INTUS IQ), §<br>§<br>Defendants. §<br>§ | Case No. 1:15-cv-00319-AT |

## JOINT MOTION TO EXTEND DEADLINE TO FILE DISMISSAL PAPERS

Pursuant to the Court's June 17, 2024 Order for Dismissal Papers (Dkt. No. 335, "Order"), plaintiffs Emerson Electric Co., Fisher-Rosemount Systems, Inc., Rosemount Inc., and Emerson Process Management LLLP ("Emerson"), together with defendants SIPCO, LLC and IP CO, LLC ("SIPCO") hereby file this Joint Motion to Extend Deadline to File Dismissal Papers and request that the deadline be extended to September 6, 2024.

The Court's Order requires the parties to submit a stipulation of dismissal or motion to reopen the case by August 16, 2024. The parties executed a settlement agreement on June 30, 2024; however, the parties have been working to resolve an issue concerning payment, requiring several addendums to the settlement agreement, that has caused delay. Those issues have now been resolved, with the matters to be

finalized by August 30, 2024. Thus, the parties request that the deadline to file dismissal papers be extended by twenty-one days to September 6, 2024.

The requested extension is not sought for the purposes of delay and should not affect the resolution of this case. Prior to filing this motion, counsel for the parties conferred and agree on the substance of the motion.

Dated: August 16, 2024

Respectfully Submitted:

| | |
|---|---|
| /s/ *Daniel A. Kent* <br> Daniel A. Kent <br> (Georgia Bar No. 415110) <br> Kent & Risley LLC <br> 5755 N Point Pkwy Suite 57 <br> Alpharetta, GA 30022 <br> Telephone: 404-585-4214 <br> Facsimile: 404-829-2412 <br> dankent@kentrisley.com <br> <br> James A. (Tripp) Fussell (*pro hac vice*) <br> Jamie B. Beaber (*pro hac vice*) <br> Michael L. Lindinger (*pro hac vice*) <br> Alison T. Gelsleichter (*pro hac vice*) <br> Tariq Javed (*pro hac vice*) <br> MAYER BROWN LLP <br> 1999 K Street, N.W. <br> Washington, D.C. 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> jfussell@mayerbrown.com <br> jbeaber@mayerbrown.com <br> mlindinger@mayerbrown.com <br> agelsleichter@mayerbrown.com <br> tjaved@mayerbrown.com | /s/ *Damon J. Whitaker (w/permission)* <br> William V. Custer <br> (Georgia Bar No. 202910) <br> Damon J. Whitaker <br> (Georgia Bar No. 752722) <br> **BRYAN CAVE LEIGHTON PAISNER, LLP** <br> 1201 W. Peachtree St. N.W., 14th Floor <br> Atlanta, Georgia 30309 <br> Tel: (404) 572-6828 <br> Fax: (404) 420-0828 <br> bill.custer@bclplaw.com <br> damon.whitaker@bclplaw.com <br> <br> James R. Batchelder (*pro hac vice*) <br> James L. Davis, Jr. (*pro hac vice*) <br> Daniel Richards (*pro hac vice*) <br> **ROPES & GRAY LLP** <br> 1900 University Ave. Sixth Floor <br> East Palo Alto, CA 94303-2284 <br> Tel: (650) 617-4000 <br> Fax: (650) 617-4090 <br> James.Batchelder@ropesgray.com <br> James.L.Davis@ropesgray.com <br> Daniel.Richards@ropesgray.com |

| | |
|---|---|
| Luiz Miranda (*pro hac vice*) <br> Nicholas Ciulla (*pro hac vice*) <br> MAYER BROWN LLP <br> 71 S. Wacker Drive <br> Chicago, Illinois 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> lmiranda@mayerbrown.com <br> nciulla@mayerbrown.com <br><br> *Counsel for Defendants and Counter-Plaintiffs SIPCO, LLC and IP CO, LLC (d/b/a INTUS IQ)* | Jesse J. Jenner (*pro hac vice*) <br> Steven Pepe (*pro hac vice*) <br> Matthew R. Shapiro (*pro hac vice*) <br> **ROPES & GRAY LLP** <br> 1211 Avenue of the Americas <br> New York, New York 10036 <br> Tel:  (212) 596-9000 <br> Fax:  (212) 596-9090 <br> Jesse.Jenner@ropesgray.com <br> Steven.Pepe@ropesgray.com <br> Matthew.Shapiro@ropesgray.com <br><br> *Attorneys for Plaintiffs and Counter-Defendants Emerson Electric Co., Emerson Process Management LLLP, Fisher-Rosemount Systems, Inc. and Rosemount Inc.* |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

The undersigned hereby certifies that this filing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1C. Specifically, Times New Roman font was used in 14 point.

/s/ *Daniel A. Kent*
Georgia Bar No. 415110